IN RE: Wesley John KETZ
Arkansas Bar No. 76065

06-460

Supreme Court of Arkansas
Opinion delivered May 4, 2006

PER CURIAM. Upon recommendation of the Supreme Court Committee on Professional Conduct, and in lieu of disbarment proceedings, we hereby accept the voluntary surrender of the law license of Wesley John Ketz, Batesville, Arkansas, to practice law in the State of Arkansas. Mr. Ketz's name shall be removed from the registry of licensed attorneys, and he is barred and enjoined from engaging in the practice of law in this state.

It is so ordered.